IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

LITTLE ROCK   DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 5 2011

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

ARTHUR CARSON,

PLAINTIFF,

VS.

ELNORA THOMPSON, AND

HOSEA THOMPSON,

DEFENDANTS.

4:11 cv 733 DPM

This case assigned to District Judge __Marshall__
and to Magistrate Judge_____Deer__

PLAINTIFF'S COMPLAINT FOR DIVERSITY OF CITIZENSHIP

TO THE HONORABLE JUDGE OF SAID COURT:

 Comes Now the Plaintiff, Arthur Carson, and brings this His Complaint  For  Diversity of  Citizenship, and demand for Jury Trial.

JURISDICTION:

This Court has Jurisdiction , pursuant to 28 USC 1332;

(1)

PARTIES:

Plaintiff, Arthur Carson, Resident in Pulaski County, Arkansas, 8215 Spanish Rd. Little Rock, AR 72209;

Defendant, Elnora Thompson, Resident of Dallas County, Texas, 3219 Nebraska AVE 75216;

Defendant, Hosea Thompson, Resident of Dallas County, Texas, 3219 Nebraska AVE 75216.


ISSUES:

1).BREACH OF BAILMENT AGREEMENT;

2).CONVERSION OF MONEY AND PROPERTY;

3).ILLEGAL EVICTION OF PLAINTIFF'S OFFSPRINGS WITHOUT DUE PROCESS;

4).FRAUDULENT FUNDRAISER PUTTING FALSE LIGHT ON PLAINTIFF'S DECEASED MOTHER.


CLAIMS:

BREACH OF BAILMENT AGREEMENT

1).On or About June, 2008,The Defendants, Elnora Thompson , and Hosea Thompson, with Plaintiff's now deceased Mother, "Willie Faye Moore", agreed that the Defendants would handle Her business affairs due to Her illness. Such business affairs included paying Her Mortgage from Her Monthly Teacher Retirement annuity and Social Security Payments, and savings account. Defendants Responsibility would end on December 28, 2008, upon the Release from Prison her Son, Plaintiff.

Using undue influence, defendants pressured the Decedent to Move in with Them, while converting the Decedent's savings account into a joint account for Defendant's personal account. The Defendants informed Plaintiff that they would use Professional movers to placed Decedents' furniture into storage until Plaintiff's release. The Defendants breached this agreement by hiring Her Nephew ,(Jeffery Collins) a None professional mover to move Decedent's furniture. As a result, numerous items were severely damaged, i.e.," Organ and Piano", together valued at $3000.

## DEFENDANT'S CONVERSION OF MONEY AND PROPERTY

2).Because of decedent's illness, She became Mentally and Physically Incompetent, in which defendants exercised exclusive dominion and control over Her Monies, and Property, while heavily sedating Her with drugs; Defendants have concealed Decedent's  2001 Altima; rare coin collection; 357 magnum pistol; lawn mower; large round table; and $2500 cash savings. Contemporaneously, Defendants wrongfully converted  Decedent's monthly annuity payments from the Texas Teacher's Retirement System and Social Security payments to their own Personal use, ignoring  the main creditor Decedent wanted paid, "Nationstar  Mortgage ". Such actions by Defendants prevented Plaintiff from being able to take over ownership of Decedent's Home are the proximate cause of Plaintiff's injuries.

## ILLEGAL EVICTION OF PLAINTIFF'S OFFSPRINGS

3).The Defendants, Elnora and Hosea Thompson, failed to provide Notice to Plaintiff or His Son, and Grandson, that they would be locked out of Decedent's home,  which would be left to Plaintiff upon Her Death.( The home at 109 Palm Oak Dr., Dallas, TX.)

  After locking Out  Plaintiff's  Offsprings,  said House were left  vunerable  to vandalism, whereas all the plumbing and electrical wiring taken, windows broken. This further diminished the value of said Home Decedent intended for Plaintiff's Residence upon His Prison Release.

(3)

FRAUDULENT FUNDRAISER PUTTING FALSE

LIGHT ON PLAINTIFF'S DECEASED MOTHER

The Defendants conspired and announced to the Metropolitan Baptist Church Plaintiff's Mother had no Insurance in order to raise Money which they pocketed from the Church, and later collected money from Family members when Defendants exceeded Decedent's Insurance policy, contrary to Decedent's Wishes made to Plaintiff and Defendants prior to Her death. Elnora Thomson defamed and insighted rumors that Decedent failed to take care of Her business is why she had no insurance .this was done only to impugn, and tarnish Her Reputation, by putting my Mother in a false light. The circulation of this false information about Plaintiff's Mother were an intentional infliction of emotional distress.

  WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY THAT THIS COURT GRANT TRIAL BY JURY; ISSUE PECUNIARY ,RECISSORY,COMPENSATORY, AND ACTUAL DAMAGES TOTALING $80,000; AND ALL ELSE RELIEF THIS COURT DEEM EQUITABLE AND JUST UNDER LAW.

RESPECTFULLY SUBMITTED:

ARTHUR CARSON

8215 Spanish Rd

Little Rock, AR 72209

(4)