RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2011 DEC 27 AM 9:50
JAMES W. MCCORMACK, CLERK
BY:_____
         DEP. CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 27 2011
JAMES W. McCORMACK, CLERK
By:_____
                   DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANASAS
LITTLE ROCK ARKANSAS

ARTHUR CARSON,

VS.                                                           NO. 411:733-DPM

ELNORA & HOSEA THOMPSON

PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, Arthur Carson, pursuant to Rule 12(f), Fed.R.Civ. P., request this Court Strike the Defendant's answer to this lawsuit for the following reasons;

1). Plaintiff was never served a copy of Defendants answer as specified in their motion, only until December 13, 2011, was Plaintiff served a copy. Thus, Defendants have misled this Court, which Caused Plaintiff to waste this Court time with a default request.

2). For diversity purpose of jurisdiction, citizenship or domicile is determined by two elements, "Physical presence within a state; and the mental intent" to make a home there indefinitely, see Mississippi Band of Choctaw Indians V. Holy Field, 490 U.S. 30, 48, 109 S. Ct.1597(1989). Therefore, Defendants seek to determine Plaintiff's mental intent, and are misplaced.

3). The claims of this lawsuit have not been previously determine, where there exist a distinct Difference in claims. Even in arguendo, the prior lawsuit was dismissed for "Want of prosecution", And contained different issues or claims.

(1)

See attached order.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY THIS MATTER PROCEED TO TRIAL.

RESPECTFULLY SUBMITTED,

*(signature)*

ARTHUR CARSON

CERTIFICATE OF SERVICE

I, Arthur Carson, certify that a copy of the foregoing response is hereby mailed to: Elnora & Hosea Thompson, this 21st day of December, 2011, by placing same in the U.S. mail.

*(signature)*

Arthur Carson

8215 Spanish Rd

Little Rock, AR 72209

(2)

418G    465

CAUSE No. DC-10-00021

**ARTHUR CARSON**
vs.
**ELNORA THOMPSON, et al**

In the District Court
of Dallas County, Texas
134th District Court

## ORDER OF DISMISSAL FOR WANT OF PROSECUTION

Plaintiff(s) having failed to take certain action heretofore specified by the Court within the time period prescribed, the Court finds that the cause should be dismissed for want of prosecution pursuant to Tex. R. Civ. P. 165a.

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that this cause be and is hereby dismissed and that all cost shall be taxed against the plaintiff(s), for which let execution issue.

It is further ordered that execution may issue in favor of the officers of the Court against each party hereto, respectively, for all costs by each incurred.

Signed this 27th day of Dec 2010.

_____
Presiding Judge

cc: Counsel of record or ProSe Party