IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


ARTHUR CARSON                                                          PLAINTIFF

   v.                                No.4:11-cv-733-DPM

ELNORA THOMPSON and
HOSEA THOMPSON                                                      DEFENDANTS


ORDER

Hosea Thompson Jr. today informed the Court's staff by telephone

that his mother, Elnora Thompson, had recently had a stroke and was

unable to file her answer by today as previously ordered.  In these

extraordinary circumstances, the Court extends Elnora's deadline to

answer until 20 February 2012.

The Court is also concerned about whether it has jurisdiction in this

dispute.  The Court therefore directs Carson to file an itemization of all his

claimed damages by 20 February 2012.

So Ordered.

D.P. Marshall Jr.
United States District Judge

 20 January 2012