IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

LITTLE ROCK ARKANSAS

ARTHUR CARSON, PLAINTIFF

VS.

ELNORA & HOSEA THOMPSON, DEFENDANTS

PLAINTIFF'S ITEMIZED CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

  COMES NOW THE PLAINTIFF, ARTHUR CARSON, PURSUANT TO THIS COURT'S ORDER would like to show the Court the following:

1).Reparation under the equity protection statue or damages for house; 109 Palm Oak Dr, or lot 20-Block B/6263 of shady hills addition-$50,000;

2).$7,000-Altima Vehicle;

3).$3,000-Organ-Piano;

4).$3,000-Coin collection;

5).$7,000-Cash Savings & Income illegally taken from June-September 2008;

6).$500-357 magnum;

7).$300-Lawn Mower & Table;

8).$5,000- Funds raised under false light donations from the Metropolitan Church;

$76,300.

(1)

RESPECTFULLY SUBMITTED

*[signature: Arthur Carson]*

Arthur Carson

8215 Spanish Rd

Little Rock , AR 72209


I Swear the foregoing statements are true and correct,

*[signature: Arthur Carson]*

Arthur Carson


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing itemized claim is hereby mailed to: Elnora & Hosea Thompson,

This 4th day of February, 2012, by placing same in the U.S. Mail postage prepaid.

*[signature: Arthur Carson]*

Arthur Carson

(2)