IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 0 7 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

ARTHUR CARSON

VS.     CIVIL CASE NO. CV-733-DPM

ELNORA THOMPSON, ET AL.,

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF REQUEST
TO ISSUE SUBPOENA DUCE TECUM ON NON-PARTY

STATE OF ARKANSAS

COUNTY OF PULASKI

I, Arthur Carson, being first duly sworn state the following:

1). The information contained in this affidavit is true and based upon my knowledge.
2). That I am proceeding Pro se in the above-captioned matter.
3). I hereby certify that the records being sought by way of subpoena from Rev. Chris Evans, of the Metropolitan Baptist Church are directly related to the above captioned complaint.
4). That these documents, or other material can be served on Me at My residence by mail or e-mail, if there are any expense incurred, the subpoenaed person will be reasonably compensated for cost.

DATED THIS 6TH DAY OF MARCH, 2012.
I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Arthur Carson
8715 Spanish Rd
Little Rock, AR 72209

(SOLO-PG)