# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ARTHUR CARSON**                                              **PLAINTIFF**

v.                              **No. 4:11-cv-733-DPM**

**ELENORA THOMPSON and**
**HOSEA THOMPSON**                                      **DEFENDANTS**

## ORDER

Motion, *Document No. 23*, denied. Reverend Evans, a resident of Dallas,

Texas, is beyond this Court's subpoena power. FED. R. CIV. P. 45(a)(2).

So Ordered.

_____
United States District Judge

28 March 2012