IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON                                                    PLAINTIFF

v.                          No. 4:11-cv-733-DPM

ELENORA THOMPSON and
HOSEA THOMPSON                                                  DEFENDANTS

ORDER

Carson moves to compel the Thompsons to answer his interrogatories. The Court cannot evaluate the motion, however, because it has not seen the discovery request. The Court directs Carson to supplement his motion with a copy of the interrogatories. He must file his supplement by 25 May 2012.

So Ordered.

_____
United States District Judge

17 May 2012