IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON                                                                              PLAINTIFF

v.                                           No. 4:11-cv-733-DPM

ELNORA THOMPSON and
HOSEA THOMPSON                                                                           DEFENDANTS

ORDER

Carson's motion for sanctions, *Document No. 33*, is denied. Hosea Thompson's answers to the interrogatories, *Document No. 32*, were one business day late. This does not strike the Court as a circumstance for Rule 37 sanctions. The Court cannot tell whether Hosea Thompson sent a copy of his answers to Carson. The Court therefore directs Thompson to do so immediately if he has not already. The parties are instructed that they must send a copy of any Court filing to the opposing party. Further, discovery materials such as these responses should not be filed with the Court. Simply send the responses to the opposing party.

Carson's motion to compel, *Document No. 34*, is granted. The questions posed are reasonable. Elnora Thompson must respond to Carson's interrogatories no later than 23 July 2012. These responses should be sent directly to Carson, not filed with the Court.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 July 2012