IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON                                              PLAINTIFF

v.                       No. 4:11-cv-733-DPM

ELNORA THOMPSON and
HOSEA THOMPSON                                            DEFENDANTS

ORDER

The Court is concerned about the status of this case. The parties have already had discovery problems. *Document Nos. 31 & 34.* Now Carson has filed two motions for sanctions; and the Thompsons' response to the first motion is overdue. To get this case back on track, the Court will hold a status conference at 10:00 a.m. on Wednesday, 19 September 2012, in courtroom B-155 of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. The Court orders Arthur Carson, Elnora Thompson, and Hosea Thompson to appear at the conference.

The Thompsons should be prepared to show cause why the Court should not impose sanctions for their failure to cooperate in discovery and to respond to Carson's motion. Failure to appear at the conference could result in sanctions. These sanctions could include a fine; or the Court could accept Carson's version of the facts as true. The sanctions could even include the

Court entering a default judgment for Carson and against the Thompsons — the equivalent of Carson winning his case and the Thompsons owing him money damages. FED. R. CIV. P. 37(b)(2). Attendance at the hearing is therefore crucial if the Thompsons wish to continue defending this case.

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 August 2012