Answer to Interrogatories     NO 4:11-CV-00733-DPM

1# to my knowledge Mark talked with her about selling her house. Because she owed so much, and if they took the house she would loose everything. but if she sold the house she would get something.

2  303 Linkwood Duncanville, TX 75137
   214-624-2065

3  I don't know the medicine she was taking

4  No

5  no she paid her own bills

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 19 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

6  Bank, Debra Jenkins boy friend that she helped get and was sent directly to funeral home.

7  While Willie Faye Moore lived in our home she could walk talk, and take care of her own Business

8  Mrs Moore would not eat so she was a little weak.

9  yes she was able to bath herself while in our home

10 yes she was able to eat on her own while in our home

11 I Hosea had her address changed. because she wasn't getting all her bills and other mail

12  No the were already off

13  yes it was used to pay on her funeral

14  no

15  it was available during the trial before this one had you wanted it, ~~during~~

16  not that i was aware of, she could bath herself.

17  the Decedent was sick at that time and was alone so we took her home with us, and took her to her doctor this was suppose to be for a short while, til she got Better she improved some but not enought so we kept her and carried her to the Doctor back and forth till she had to be put in the hospital.

18  no

19  she would see her doctor every time she had an appointment.

20  no

21  we never ignored her request that's how she got in the Hospital

22  No we kept no money nor did we spend her money.

23  (Debra faye jenkins) adress unkown. She was with us when we would take her to the docter

24  We have no such Records or objects Relevant to this case

25  don't remember the amount, we transfered what she had in her account, to our bank, and open up her account in our bank in her name.

Hosea Thompson
3219 Nebraska
Dallas, Tx 75216
9/19/12

9-19-2012  Donna L. Dorman, Notary



DONNA L. DORMAN
MY COMMISSION # 12373329
EXPIRES: November 3, 2019
Jefferson County

## VERIFICATION

I, **Hosea Thompson** state under penalty of the pains of perjury, that I have read the petition, and attest to the facts contained therein.

*Hosea Thompson*
HOSEA THOMPSON

STATE OF ARKANSAS }

COUNTY OF JEFFERSON }

SUBSCRIBED AND SWORN BEFORE ME, a notary public, on this ____ day of September, 2012.

*Donna L. Dorman*
NOTARY PUBLIC
9-19-2012

DONNA L. DORMAN
MY COMMISSION # 12373329
EXPIRES: November 3, 2019
Jefferson County

My Commission Expires:

11-3-2019

Case 4:11-CV-00733-DPM     Document #: 30-1     Date Filed: 09/19/2012

## CERTIFICATE OF SERVICE

I, Hosea Thompson, certify that a copy of the foregoing Interrogatories is hereby mailed through regular mail, this 19th day of September 2012, addressed to Arthur Carson.

I swear the foregoing statements are true and correct.


*/Hosea Thompson/*
Hosea Thompson
3219 Nebraska
Dallas, TX 75216