IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON                                                         PLAINTIFF

v.                              No. 4:11-cv-733-DPM

ELNORA THOMPSON and
HOSEA THOMPSON                                                       DEFENDANTS

ORDER

Motions for sanctions, *Document Nos. 37 & 38*, denied considering all material circumstances. The Court appreciates Hosea's verified responses to the interrogatories. *Document No. 45*. Elnora's verified responses to prior interrogatories due by 29 September 2012. The Court misspoke in its recent order, *Document No. 41*, about the Thompsons' counterclaims. They are affirmative defenses, not counterclaims.

The parties must file simultaneous briefs answering these questions on 3 October 2012.

   1. Does Carson have standing to assert his four claims? *See e.g., Braden v. Wal-Mart Stores, Inc.* 588 F.3d 585, 591 (8th Cir. 2009).

   2. Does the dismissal with prejudice of what appear to be identical claims in the earlier Texas case, *Document No. 18 at 14*, preclude their

re-litigation here even though the Texas case was apparently later dismissed without prejudice for want of prosecution? *See e.g., Collins v. City of Corpus Christi*, 188 S.W.3d 415, 423 (Tex. App. 2006).

3. If the case remains alive, should it be transferred to a District Court in Texas under 28 U.S.C. § 1404?

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 September 2012