IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR CARSON**                                                **PLAINTIFF**

v.                      No. 4:11-cv-733-DPM

**ELNORA THOMPSON and**
**HOSEA THOMPSON**                                 **DEFENDANTS**

### ORDER

Carson has notified the Court by email that he and the Thompsons are working on papers documenting a possible settlement. The Court congratulates the parties. The deadline for the briefs answering the Court's three questions is extended until 19 October 2012. Any motion to dismiss based on settlement must be filed before then.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
Untied States District Judge

24 September 2012