IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON, PLAINTIFF

V.                                          4:11-CV-733-DPM

ELNORA THOMPSON, ET AL

## MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, Arthur Carson, and in accordance with Rule 41, Federal Rules of Civil Procedures, Request this Court Dismiss the foregoing action pursuant to a settlement reached between the Parties.

Wherefore, Premises Considered, Plaintiff Pray that this Motion be all Things Granted.

*Arthur Carson*
Arthur Carson

## CERTIFICATE OF SERVICE

I, Arthur Carson, state that a copy of the foregoing motion is hereby mailed to Defendants this, 4th DAY of October, 2012, by placing same in the United States Mail, Postage Prepaid.

I Swear the foregoing statements are true and correct.

*Arthur Carson*
Arthur Carson
8215 Spanish Rd
Little Rock, AR 72209
(501-565-0733)