IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR CARSON**                                                                 **PLAINTIFF**

v.                           No. 4:11-cv-733-DPM

**ELNORA THOMPSON and**
**HOSEA THOMPSON**                                                          **DEFENDANTS**

## JUDGMENT

Carson's complaint, *Document No. 2*, is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

11 October 2012